Thomas A. Ambrose     065041
Attorney at Law
1590 Webster Street, Suite A
Fairfield, CA  94533
Telephone (707) 429-5550
Facsimile (707) 429-3560
Email: ambroselawstaff@yahoo.com

Attorneys for Plaintiff, YVONNE MELLO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE MELLO, | CASE NO.  2:16-cv-01568-MCE-KJN |
| Plaintiff, | FRCP RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON |
| Vs. | |
| FERRELLGAS, INC., et al., | Honorable Judge Morrison C. England, JR. |
| Defendants. | |

## STIPULATION

WHEREAS, Plaintiff, Yvonne Mello and defendants, Ferrellgas Inc., et al., have reached settlement and wish to dismiss this action with prejudice in accordance with the settlement each party to bear their own fees and costs.

WHEREAS, the interest of justice would be served by such dismissal and waiver;

NOW, THEREFORE, IT IS STIPULATED by and between the parties hereto through their respective counsel that pursuant to Federal Rules of Civil Procedure Rule 41(a) this matter be

///

dismissed with prejudice pursuant to the terms outlined above and with permission of the Court.

Dated: January 6, 2017                         /s/ Yvonne Mello
                                               Plaintiff, Yvonne Mello

Dated: January 6, 2017                         /s/ Thomas A. Ambrose
                                               THOMAS A. AMBROSE, attorney
                                               For Plaintiff, YVONNE MELLO

Dated: January 6, 2017                         JACOBSON MARKHAM L.L.P.

                                               /s/ Richard M. Jacobson
                                               RICHARD M. JACOBSON, Esquire
                                               Attorney for Defendant, FERRELLGAS INC.

## ORDER

PURSUANT TO STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFOR, the above-entitled action and all Defendants named in the Complaint on file herein are dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a), each side to bear its own fees and costs.  The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: January 10, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE